**FIFTH DIVISION**
**McFADDEN, C. J.,**
**BROWN and COLVIN, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

***DEADLINES ARE NO LONGER TOLLED IN THIS COURT. ALL FILINGS MUST BE SUBMITTED WITHIN THE TIMES SET BY OUR COURT RULES.***

**May 26, 2021**

# In the Court of Appeals of Georgia

A19A1538. BOARD OF COMMISSIONERS OF LOWNDES COUNTY v. MAYOR AND COUNCIL OF THE CITY OF VALDOSTA et al.

BROWN, Judge.

In *Bd. of Commrs. of Lowndes County v. Mayor and Council of the City of Valdosta*, 309 Ga. 899 (848 SE2d 857) (2020), the Supreme Court of Georgia reversed Division 1 of this Court's opinion in *Bd. of Commrs. of Lowndes County v. Mayor and Council of the City of Valdosta*, 352 Ga. App. 391 (834 SE2d 890) (2019). 309 Ga. at 910 (3). Accordingly, we vacate Division 1 of our prior opinion, adopt the opinion of the Supreme Court of Georgia, and reverse the trial court's dismissal of Lowndes County's claims for injunctive and declaratory relief based upon the bar of sovereign immunity as set forth in the Supreme Court of Georgia's opinion. We make no changes to Division 2 of our opinion.

*Judgment affirmed in part and reversed in part. McFadden C. J., and Colvin, J., concur.*